DANIEL ALLEN, APPELLANT, v. C. FRANKLIN WILSON, JUDGE, ETC., RESPONDENT.

Argued May 17, 1927—Decided October 17, 1927.

For the appellant, *Elmer W. Romine.*

For the respondent, *Charles A. Rathbun.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—PARKER, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.